# United States Bankruptcy Court
## District of Connecticut

In re:                                                                  Case Number: 18-20621JJT

SCOTT JACSON
DEBRA JACKSON
                                                                        Chapter: 13

Debtor(s)

### Request for Continuance of Initial Hearing Only
### (Exceptions to Contested Matter Procedure)

Name of pleading:
First Amended Chapter 13 Plan Before Confirmation Reformatted PDF Filed by Robert B. Young on behalf of Debra Jackson, Scott A Jackson Debtors (RE: 11 Chapter 13 Plan filed by Debtor Scott A Jackson, Debtor Debra Jackson)

ECF No. of pleading: 13

Scheduled Hearing Date: August 30, 2018

Name of Party Requesting Continuance: Debtor(s)

Counsel Representing Party Requesting Continuance: Attorney Robert B. Young

Reason for Requested Continuance:

1. The Debtors have objected to Claim # 11-1, (Carrington Mortgage Services LLC).
2. The response date relative to said objection is August 29, 2018;
3. The Debtors cannot construct an amended plan comprehending all allowed claims until said objection is resolved.

Is this Request made with Consent of All Parties?

☐ Yes                    ☑ No

Does the signature below indicate your acknowledgement that this request does not adversely affect any prior order, statue, or rule?

☑ Yes                    ☐ No

Does the signature below indicate that the filer of this request for continuance hereby affirms the waiver of hearing in accordance with 11 U.S.C. § 362(e)?

☐ Yes  ☐ No  ☑ Not Applicable

Dated: August 15, 2018

Signed by: /s/ Robert B. Young

UNITED STATES BANRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) IN PROCEEDINGS UNDER CHAPTER 13 |
| SCOTT JACKSON<br>DEBRA JACKSON | ) CASE NO. 18-20621 JJT |
| DEBTOR(S) | ) DATE: August 15, 2018 |

### CERTIFICATION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure 2002 and 7004, the undersigned certifies that on the 15th day of August, 2018, the following document(s) were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and/or by first class mail on the parties listed below:

United States Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven CT 06510
USTPRegion02.NH.ECF@USDOJ.GOV

Attorney Roberta Napolitano
Chapter 13 Trustee
10 Columbus Blvd., 6th Floor
Hartford CT 06510
notices@ch13rn.com

Attorney Patrick Crook
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106
860-278-9410
Email: pcrook@ch13rn.com

Scott A Jackson (Via USPS first class)
23 Gibson Lane
Sterling, CT 06377


Debra Jackson (Via USPS first class)
23 Gibson Lane
Sterling, CT 06377


/s/ Robert B. Young
Robert B. Young Esq.
1036 North Main Street
P.O. Box 354
Dayville CT 06241
860-779-1978
(fax) 860-269-3614
Juris # 07078
Robertbruceyoung10@gmail.com