UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| SCOTT A JACKSON | : CASE NO. 18-20621-JJT-13 |
| DEBRA JACKSON | : |
| Debtors. | : August 23, 2018 |

OBJECTION TO CONFIRMATION

    Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") objects to the confirmation of the Amended Chapter 13 Plan (ECF #12, "Plan") of the above-captioned Debtor ("Debtor") for the following reason(s):

1. The Debtor has failed to provide the Trustee with the documents necessary for her to determine if the Plan is feasible or represents the Debtor's best efforts. Sections 521(a)(3) and 521(a)(4) of the Bankruptcy Code require the Debtor to cooperate with the Trustee so that she may perform her duties under the Code, and to turn over all recorded information relating to property of the estate. The Debtor has not provided:
    a. Payment advices or other evidence of payment received updated to the time of confirmation;

2. The Plan does not conform to the claims filed.

3. The Plan fails to pay priority claims in full as required by 11 U.S.C. § 1322(a)(2).

4. The Plan's treatment of secured creditors violates Section 1325(a)(5) of the Bankruptcy Code. The Plan provides for various liens to be deemed unsecured, but the Debtor has not filed a motion to determine status or avoid liens.

5. The Plan is not feasible under Section 1325(a)(6) of the Bankruptcy Code.

    Wherefore, the Trustee requests that Confirmation of the Plan be denied.

    /s/ Roberta Napolitano
    Roberta Napolitano tr08378
    Chapter 13 Standing Trustee
    10 Columbus Blvd., 6th Floor
    Hartford, Connecticut 06106
    Tel: 860-278-9410, ext. 110
    Fax: 860-527-6185
    Email: rnapolitano@ch13rn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE: : CHAPTER 13
SCOTT A JACKSON : CASE NO. 18-20621-JJT-13
DEBRA JACKSON :
    Debtors. : August 23, 2018

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Confirmation

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   SCOTT A JACKSON
   DEBRA JACKSON
   23 GIBSON LANE
   STERLING, CT 06377

3. **Parties Served Electronically Include:**
   Debtor's Attorney: ROBERT B. YOUNG
   Email: robertbruceyoung10@gmail.com

   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov


                       /s/ Roberta Napolitano
                       Roberta Napolitano tr08378
                       Chapter 13 Standing Trustee